**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Troublesome Creek Gas Corporation** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1146075** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**139 PICKETT LANE**<br>**Prestonsburg, KY 41653**<br>Number, Street, City, State & ZIP Code<br><br>**Floyd**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 934**<br>**Prestonsburg, KY 41653**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Debtor owns real estate and oil and gas leases throughout eastern Kentucky**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **Bradley, Charles R.** Relationship **President**

District **Eastern District of Kentucky** When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Troublesome Creek Gas Corporation** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2016**
MM / DD / YYYY

*X* **/s/ Charles R. Bradley**
Signature of authorized representative of debtor

**Charles R. Bradley**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Dean A. Langdon**
Signature of attorney for debtor

Date **October 21, 2016**
MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper Street**
**Lexington, KY 40507-1017**
Number, Street, City, State & ZIP Code

Contact phone **(859) 231-5800** Email address

**KY Bar No. 40104**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2016**

X **/s/ Charles R. Bradley**
Signature of individual signing on behalf of debtor

**Charles R. Bradley**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Troublesome Creek Gas Corporation** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Trust Bank of Hazard, Inc.<br>Attn: Hugh Mitchell<br>P O Box 1059<br>Hazard, KY 41702** | | **Oil & Gas leases in Floyd Co. (Newman wells) and Leslie Co. Floyd Co. MB 639/93; second mortgage on Brown property on Holbrook Branch of Middle Creek,** | | **$645,220.74** | **Unknown** | **Unknown** |
| **Bank of Hindman<br>39 West Main St<br>P O Box 788<br>Hindman, KY 41822** | | **Oil & Gas wells in Wolfe (3) and Breathitt (77). Wolfe MB 85/10; Breathitt MB _____, plus recorded UCC-1** | | **$376,785.39** | **Unknown** | **Unknown** |
| **Big Sandy Pipeline, LLC<br>5400 Westheimer Ct<br>Houston, TX 77056-5310** | | **Gas Transportation Service Agreement** | **Disputed** | | | **$319,474.71** |
| **Blou Company LLC<br>PO Box 8<br>Annville, KY 40402** | | **Lease arrangement services provided by Creditor** | | | | **$0.00** |
| **Charles E. Bradley and Della Bradley<br>P.O. Box 221<br>Prestonsburg, KY 41653** | | **Little Frozen Creek, Breathitt County; Deed Book 239, Page 38** | | **$808,750.00** | **$5,000.00** | **$808,750.00** |
| **Charles E. Bradley and Della Bradley<br>P.O. Box 221<br>Prestonsburg, KY 41653** | | **16 acres Little Leatherwood Creek, Perry County; DB 295, page 797** | | **$808,750.00** | **$16,000.00** | **$792,750.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **45 acres Newcomb Creek, Elliot County; MB 84, P 194** | | **$808,750.00** | **$45,000.00** | **$763,750.00** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **Mine Fork Creek, Magoffin County; Deed Book 289, Page 225** | | **$808,750.00** | **$60,000.00** | **$748,750.00** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **5 acres Blackey, Letcher County; Deed Book 400, Page 345** | | **$808,750.00** | **$66,000.00** | **$742,750.00** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **250+ acres Johnson County property; Deed Book 446; Page 299** | | **$808,750.00** | **$128,000.00** | **$680,750.00** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **250 acres Miller's Branch, Breathitt County, Kentucky; DB 237, Page 226** | | **$808,750.00** | **$175,000.00** | **$633,750.00** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **500+ acres, Frozen Creek, Breathitt County, Kentucky; DB 238, page 773** | | **$808,750.00** | **$295,000.00** | **$580,691.27** |
| **Charles E. Bradley and Della Bradley P.O. Box 221 Prestonsburg, KY 41653** | | **71 acres Jennie Creek, Johnson County; Deed Book 442, Page 446** | | **$808,750.00** | **$336,000.00** | **$472,750.00** |
| **Citizens National Bank 620 Broadway Paintsville, KY 41240** | | **1081 Fitzpatrick Road, Prestonburg, KY 41653; Deed Book 516, Page 160** | | **Unknown** | **$270,000.00** | **Unknown** |
| **Community Trust Bank 346 North Mayo Trail P O Box 2947 Pikeville, KY 41502-2947** | | **Little Frozen Creek, Breathitt County; Deed Book 239, Page 38** | | **$66,941.27** | **$5,000.00** | **$61,941.27** |
| **First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653** | | **200 acres on Cedar Creek, Wolfe Co, KY 41301; Wolfe DB 234, Page 515** | | **$181,855.69** | **$65,000.00** | **$181,855.69** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Commonwealth Bank<br>311 North Arnold Avenue<br>Prestonsburg, KY 41653** | | **200 acres on Cedar Creek, Wolfe Co, KY 41301; Wolfe DB 234, Page 515** | | **$230,013.10** | **$65,000.00** | **$165,013.10** |
| **Holly Creek Production Corporation<br>c/o James C. Beh<br>51 Louisiana Ave NW<br>Washington, DC 20001-2113** | | **Promissory Note related to Operation and Assignment Agreement for Wolfe and Breathitt Co. Wells** | **Disputed** | | | **$170,000.00** |
| **Richard Parks<br>Double D. Drilling, Inc.<br>P O Box 122<br>Silver Springs, FL 34489-0122** | | **Promissory Note for purchase of land in Wolfe Co.** | **Disputed** | | | **$386,262.00** |
| **U.S. Bank, N.A.<br>400<br>City Center<br>Oshkosh, WI 54901** | | **Line of credit secured by real property owned by Big Branch, LLC** | | | | **$79,002.96** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **4,237,500.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **90,350.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **4,327,850.00** |

### Part 2: Summary of Liabilities

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **12,762,507.13** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **954,739.67** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **13,717,246.80** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.

☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2012 Land Cruiser, VIN ALSK2D48CA721461 body damage** | **$0.00** | **Tax records** | **$25,000.00** |
| 47.2. | **2007 Mercedes WDBWK73F17F154705** | **$0.00** | **Tax records** | **$22,275.00** |
| 47.3. | **2005 Mercedes WDBSK74F75F093886** | **$0.00** | **Tax records** | **$22,625.00** |
| 47.4. | **2001 Cadillac Escalade 3GYFK66NX4G125481** | **$0.00** | **Tax records** | **$9,750.00** |
| 47.5. | **2003 GMC/CHEVYK29 1GTHK29G73E197555** | **$0.00** | **Tax records** | **$500.00** |
| 47.6. | **2003 BMW 7 Series 1GTHK29G73E197555** | **$0.00** | **Tax records** | **$6,450.00** |
| 47.7. | **2001 GMC Savannah 1GJHG39G211225086** | **$0.00** | **Tax records** | **$3,750.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$90,350.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **200 acres on Cedar Creek, Wolfe Co, KY 41301; Wolfe DB 234, Page 515** | **General Warranty** | **$65,000.00** | **Purchase Price** | **$65,000.00** |
| 55.2. **173 acres on Puncheon Camp Creek Road, Breathitt County DB 237, Page 40 and DB 237, Page 48** | **General Warranty** | **$150,000.00** | **Purchase Price** | **$150,000.00** |
| 55.3. **300 acres - Vinson Branch of Tug Fork River, Louisa, KY 41230. Lawrence Co. DB 294/215; DB 294/553.** | **Quitclaim Deed** | **$150,000.00** | **Purchase Price** | **$150,000.00** |
| 55.4. **2802 KY Route 825, Hager Hill, KY 41222; Johnson Co DB 442, Page 446 (71 acres Jenny Creek)** | **General Warranty** | **$336,000.00** | **Purchase Price** | **$336,000.00** |
| 55.5. **1081 Fitzpatrick Road, Prestonburg, KY 41653; "Wayne Brown Property"; Floyd Co. DB 516, Page 160** | **General Warranty** | **$270,000.00** | **Purchase Price** | **$270,000.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **503 S. Main Street, Nicholasville, Kentucky 40356; Jessamine Co DB 702, page 9** | **General Warranty** | **$189,000.00** | **Purchase Price** | **$189,000.00** |
| 55.7. | **26 acres Newcomb Creek, Elliot County; Eldridge Heirs, DB 108, Page 259** | **General Warranty** | **$45,000.00** | **Purchase Price** | **$45,000.00** |
| 55.8. | **parcel 27 map 40, parcel 8 map 41, Wolfe County; Deed Book 138, Page 205** | **General Warranty** | **$100,000.00** | **Purchase Price** | **$100,000.00** |
| 55.9. | **250 acres Miller's Branch, Breathitt County, Kentucky; DB 237, Page 226** | **General Warranty** | **$175,000.00** | **Purchase Price** | **$175,000.00** |
| 55.10. | **500+ acres, Frozen Creek, Breathitt County, Kentucky; DB 238, page 773** | **General Warranty** | **$295,000.00** | **Purchase Price** | **$295,000.00** |
| 55.11. | **Little Frozen Creek, Breathitt County; Deed Book 239, Page 38** | **Fee simple** | **$5,000.00** | **Purchase Price** | **$5,000.00** |
| 55.12. | **Frozen Creek, Breathitt County; Deed Book 245, Page 521** | | **$0.00** | **Purchase Price** | **$250,000.00** |
| 55.13. | **Mine Fork Creek, Magoffin County; Deed Book 289, Page 225** | **General Warranty** | **$60,000.00** | **Purchase Price** | **$60,000.00** |
| 55.14. | **16 acres Little Leatherwood Creek, Perry County; DB 295, page 797** | **General Warranty** | **$16,000.00** | **Purchase Price** | **$16,000.00** |
| 55.15. | **Klenco Branch, Perry County; Deed Book 311, Page 689; Deed Book 327, Page 524** | **General Warranty** | **$37,000.00** | **Purchase Price** | **$37,000.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.16. | **Walker property - Elm Log Branch, Floyd County, DB 494/400.** | **General Warranty** | **$130,000.00** | **Purchase Price** | **$130,000.00** |
| 55.17. | **Ratliff property - 11429 KY Rt. 194, Prestonsburg, KY. Floyd Co. DB 585/195 and Deed of Correction 609/714 and Mineral Deed 585/261. Additional collateral for Citizens Bank loan.** | **General Warranty** | **$330,000.00** | **Purchase Price** | **$330,000.00** |
| 55.18. | **100 acres, KY 581 & Bells Chapel, Lawrence County; DB 315, Page 48** | **General Warranty** | **$106,000.00** | **Purchase Price** | **$106,000.00** |
| 55.19. | **Bull Creek, Floyd County; Deed Book 562, page 49** | **General Warranty** | **$0.00** | **Purchase Price** | **$56,000.00** |
| 55.20. | **5 acres Blackey, Letcher County; Deed Book 400, Page 345** | **General Warranty** | **$0.00** | **Purchase Price** | **$66,000.00** |
| 55.21. | **Abbott Creek, Floyd County; Deed Book 568, Page 437** | **General Warranty** | **$0.00** | **Purchase Price** | **$10,000.00** |
| 55.22. | **Middle Creek, Floyd County; Deed Book 522, Page 213** | **General Warranty** | **$0.00** | **Purchase Price** | **$45,000.00** |
| 55.23. | **250+ acres Johnson County property; Deed Book 446; Page 299** | **General Warranty** | **$0.00** | **Purchase Price** | **$128,000.00** |
| 55.24. | **Bull Creek, Floyd County; Deed Book 468, Page 518** | **General Warranty** | **$0.00** | **Purchase Price** | **$21,500.00** |
| 55.25. | **Big Branch, Floyd County; Deed Book 479, Page 213** | **General Warranty** | **$0.00** | **Purchase Price** | **$125,000.00** |
| 55.26. | **Elm Log, Floyd County; Deed Book 494, Page 400** | **General Warranty** | **$0.00** | **Purchase Price** | **$130,000.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.27 . | **aceage in Floyd County; Deed Book 516, Page 160** | **General Warranty** | **Unknown** | **Purchase Price** | **$270,000.00** |
| 55.28 . | **Abbott Creek. Floyd County; Deed Book 547, Page 230** | **General Warranty** | **$0.00** | **Purchase Price** | **$18,000.00** |
| 55.29 . | **196.75 acrees Bull Creek, Floyd County; Deed 558, Page 29** | | **$0.00** | **Purchase Price** | **$175,000.00** |
| 55.30 . | **acreage Abbott Creek, Floyd County; DB 611/665** | **General Warranty** | **$0.00** | **Purchase Price** | **$250,000.00** |
| 55.31 . | **Lots Number 5, 6, 7, 8, 31 and 32 and a certain strip of land ten (10) feet in width, Jessamine County; Deed Book 702/9** | **General Warranty** | **$0.00** | **Purchase Price** | **$189,000.00** |
| 55.32 . | **Oil and gas leases for 122 + 75 acres in Breathitt County** | **fee simple** | **Unknown** | | **Unknown** |
| 55.33 . | **Oil and gas lease for 273 acres on Abbott Creek in Floyd County; J.P Hill Heirs, LB 361, P 497,8/15/92.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.34 . | **Oil and gas lease for 100 acres on Possumtrot Branch of Left Fork of Troublesome Creek in Floyd County; LB 171, P 49, 10/18/96.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.35 . | **Assignment of oil and gas lease for 330 acres on Beaver Creek in Floyd County; LB 403, P 274, 3/17/97.** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.36. | **Oil and gas lease for 137 acres on Molly Cabin Br. in Floyd County; LB 437, P 274, 9/9/1997** | **fee simple** | **Unknown** | | **Unknown** |
| 55.37. | **Oil and gas lease for 142.5 acres on Goose Creek of Right Beaver Creek in Floyd County; 1/31/1997** | **fee simple** | **Unknown** | | **Unknown** |
| 55.38. | **Oil and gas lease of 100 acres on the Head of Big Mud in Floyd County; LB 443, P 586, 2/21/1997** | **fee simple** | **Unknown** | | **Unknown** |
| 55.39. | **Oil and gas lease of 60 acres in Floyd County; Crisp, Clarence Howard; LB 459, P 337, 5/26/2001** | **fee simple** | **Unknown** | | **Unknown** |
| 55.40. | **Oil and gas lease for 60 acres in Floyd County; Hayes, Josephine/ Glenda and Kenneth Stewart; LB 459, P 343, 5/10/2001** | **fee simple** | **Unknown** | | **Unknown** |
| 55.41. | **Assignment of oil and gas lease for acregae in Floyd County; LB 477, P 174, 8/21/2002** | **fee simple** | **Unknown** | | **Unknown** |
| 55.42. | **Oil and gas lease for 30 acres in Floyd County; Riddle, Tory and Betty; LB 52, P 74, 6/6/2002** | **fee simple** | **Unknown** | | **Unknown** |
| 55.43. | **Oil and gas Lease for 18.03 acres in Floyd County; Newman, Peggy and Bill; LB 495, P 401, 2/7/2004** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.44. | **Oil and gas lease for 20 acres on David Road in Floyd County; LB 502, P 344, 4/15/2004** | **fee simple** | **Unknown** | | **Unknown** |
| 55.45. | **Oil and gas lease for 350 acres in Floyd County; Nancy Basart; LB 525, P 502, 6/22/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.46. | **Oil and gas lease for 350 acres in Floyd County; Blackburn Margaret and Adrian; LB 525, P 486, 6/22/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.47. | **Oil and gas lease for 350 acres in Floyd County; Fitzpatrick, David and Cheryl; LB 526, P 298, 7/6/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.48. | **Oil and gas lease for 350 acres in Floyd County; Fitzpatrick, Keith and Nancy; LB 525, P 490, 6/28/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.49. | **Oil and gas lease for 350 acres in Floyd County; Fitzpatrick, Stephen; LB 526, P 294, 7/18/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.50. | **Oil and gas lease for 350 acres in Floyd County; Kendrick, Gene and Meg; LB 536, P 302, 7/18/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.51. | **Oil and gas lease for 350 acres in Floyd County; Marshall, Margaret F. and Arthur; LB 525, P 494, 6/26/2006** | **fee simple** | **Unknown** | | **Unknown** |
| 55.52. | **acregae in Floyd County; oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.53. | **Oil and gas lease for 90 acres in Floyd County; Conrad, Bernice and Robert; LB 59, P 387, 2/16/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.54. | **Oil and gas lease for 292 acres in Floyd County; Dye, Barbara and Kenny; LB 535, P 182, 6/1/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.55. | **Oil and gas lease for 90 acres in Floyd County; Hatcher, Charles and Clarice; LB 59, P 401, 2/13/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.56. | **Oil and gas lease for 292 acres in Floyd County; Hill, Geoff and Sylvia; LB 535, P 178, 6/1/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.57. | **Oil and gas lease for 292 acres in Floyd County; Hill, John and Curly; LB 534, P 398, 4/10/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.58. | **Oil and gas lease for 292 acres in Floyd County; Hill, Tracy; LB 534, P 394, 4/9/2007** | **fee simple** | **Unknown** | | **Unknown** |
| 55.59. | **Oil and Gas Lease for 90 acres in Floyd County; LB 59, P 401, 2/13/07** | **fee simple** | **Unknown** | | **Unknown** |
| 55.60. | **Oil and gas lease for 292 acres in Floyd County; Swiney, Mary Lou and Claude; LB 552, P 367, 5/15/2007** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.61. | **Oil and Gas Lease for a circular area with a plugged well of 18.03 acres in Floyd County; LB 495, P 401, 2/7/04** | **fee simple** | **Unknown** | | **Unknown** |
| 55.62. | **27,547 acres in Jackson County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.63. | **Oil and Gas Lease for 100 acres in Johnson County; Bingham, David & Dona; LB 108, P 100, 1/18/02** | **fee simple** | **Unknown** | | **Unknown** |
| 55.64. | **Oil and Gas Lease for 50 acres in Johnson County including Meter Agreement ; Kentucky Real Estate Investment; LB 108, P 489, 9/3/03** | **fee simple** | **Unknown** | | **Unknown** |
| 55.65. | **Oil and Gas Lease for 135 acres in Johnson County; Williams, Helen & Randall L. Webb; LB 116, P 327; LB 116, P62, 12/12/13** | **fee simple** | **Unknown** | | **Unknown** |
| 55.66. | **Oil and Gas Lease for 50 acres in Knott County; Boggs, J.S. Heirs; LB 42, P 248, 10/31/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.67. | **Oil and Gas Lease for 40 acres in Knott County; Cody, Alma & James; LB 51, P 192, 10/12/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.68. | **Oil and Gas Lease at Hindman Quadrangle at the Mouth of Irishman Creek for 300 acres in Knott County; LB 38, P 520, 8/15/88** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.69. | **Oil and Gas Lease at the mouth of Big Branch Carrie Quadrangle for 117 acres in Knott County; LB 35, P 528, 6/10/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.70. | **Oil and Gas Lease for 136 acres in Knott County; Elizabeth Fugate Heirs; LB 39, P 19, 5/27/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.71. | **Oil and Gas Lease at the Mouth of Mill Creek for 82 acres in Knott County; LB 43, P 84, 6/15/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.72. | **Oil and Gas Lease on Trace Fork of Troublesome Creek for 2 acres in Knott County; LB 51, P 91, 5/13/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.73. | **Assignment of Oil and Gas Lease at the forks of Madden Fork and Right Fork of Irishman Creek for 50 acres in Knott County; LB 41, P 397, 7/3/89** | **fee simple** | **Unknown** | | **Unknown** |
| 55.74. | **Oil and Gas Lease at the Head of Irishman Creek for 107.44 acres in Knott County; LB 38, P 443, 5/23/88** | **fee simple** | **Unknown** | | **Unknown** |
| 55.75. | **Oil and Gas Lease for Waston Fraklin Farm on Branhams Creek of Carr for 51 acres in Knott County; LB 43, P 103, 11/2/89** | **fee simple** | **Unknown** | | **Unknown** |
| 55.76. | **Oil and Gas Lease on Cave Branch of Troublesome Creek for 113.2 acres in Knott County; LB 41, P 110, 7/18/89** | | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.77. | **Oil and Gas Lease on Flaxpatch Branch of Irishman Creek for 112 acres in Knott County; LB 40, P 359, 2/21/89** | **fee simple** | **Unknown** | | **Unknown** |
| 55.78. | **Oil and Gas Lease for 110 acres in Knott County; Cody, Allie;** | **fee simple** | **Unknown** | | **Unknown** |
| 55.79. | **Oil and Gas Lease in the Alum Cave Branch for 80 acres in Knott County; LB 41, P 196, 3/23/90** | **fee simple** | **Unknown** | | **Unknown** |
| 55.80. | **Oil and Gas Lease on Irishman Creek for 20 acres in Knott County; LB 41, P 215, 2/19/90** | **fee simple** | **Unknown** | | **Unknown** |
| 55.81. | **Oil and Gas Lease on the Left Fork of Troublesome Creek for 385 acres in Knott County; Amburgey, Betty; 11/21/93** | **fee simple** | **Unknown** | | **Unknown** |
| 55.82. | **Oil and Gas Lease for the Irishman Creek Area of 75 acres in Knott County; LB 47, P 7, 11/16/94** | **fee simple** | **Unknown** | | **Unknown** |
| 55.83. | **Oil and Gas Lease in the Cave Branch of the Right Fork of Troublesome Creek for 50 acres in Knott County; LB 49, P 177, 9/1/96** | **fee simple** | **Unknown** | | **Unknown** |
| 55.84. | **Oil and Gas Leas for 50 acres in Knott County; Combs, Robert; LB 50, P 380, 12/8/97** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.85. | **Oil and Gas Lease in the trace Fork of Troublesome Creek for 80 acres in Knott County; LB 50, P 384, 11/13/97** | **fee simple** | **Unknown** | | **Unknown** |
| 55.86. | **Oil and Gas Lease on Bear Branch, Waters of Troublesome Creek, for 125 acres in Knott County; LB 50, P 311, 10/31/97** | **fee simple** | **Unknown** | | **Unknown** |
| 55.87. | **Oil and Gas Lease on the waters of Elk Lick Fork of Lotts Creek for 100 acres in Knott County; LB 51, P 146, 10/31/97** | **fee simple** | **Unknown** | | **Unknown** |
| 55.88. | **Oil and Gas Lease on Irishman Creek for 40 acres in Knott County; Cody, Glenn C.; 9/24/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.89. | **Oil and Gas Lease on Irishman Creek for 40 acres in Knott County; Norris, Rebecca; LB 51, P 222, 10/17/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.90. | **Oil and Gas lease on Trace Branch of Troublesome Creek for 20 acres in Knott County; LB 51, P 101, 6/10/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.91. | **Oil and Gas Lease on the waters of Trace Fork of Irishman Creek for 40 acres in Knott County; LB 51, P 296, 5/5/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.92. | **Oil and Gas Lease on Madden Branch of Irishman Creek for 75 acres in Knott County; LB 51, P 284, 4/27/98** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.93. | **Oil and Gas Lease on Irishman Creek for 40 acres in Knott County; LB 51, P 180, 9/25/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.94. | **Oil and Gas Lease on 1 acres in Knott County; Smith, Tim; LB 51, P 97, 5/13/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.95. | **Oil and Gas Lease on Irishman Creek 40 acres in Knott County; Turpin, Faye; LB 51, P 208, 9/25/98** | **fee simple** | **Unknown** | | **Unknown** |
| 55.96. | **Oil and Gas Lease on Irishman Creek for 20 acres in Knott County; Amburgey, Valeria; LB 53, P 492, 9/11/99** | **fee simple** | **Unknown** | | **Unknown** |
| 55.97. | **Oil and Gas Lease on Irishman Creek for 20 acres in Knott County; Bottimore, Robert & Mulligan, Thelma; 7/1/99** | **fee simple** | **Unknown** | | **Unknown** |
| 55.98. | **Oil and Gas Lease for 100 acres in Knott County; Figg, Carolyn & Robert; LB 53, P 499, 1/10/99** | **fee simple** | **Unknown** | | **Unknown** |
| 55.99. | **Oil and Gas Lease for 40 acres in Knott County; Akers, Edna; LB 53, P 671, 2/10/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.100. | **Oil and Gas Lease on Trace Fork for 20 acres in Knott County; Holland, Shirleen; LB 54, P 234, 4/29/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.101. | **Oil and Gas Lease for 134.6 acres in Knott County; Howell, Jackie; LB 54, P 114, 5/27/00** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.102. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Jean; LB 53, P 621, 1/28/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.103. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Mildred; LB 53, P 585, 2/10/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.104. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Pamela & James; LB 53, P 390, 2/10/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.105. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Raleigh & Rita; LB 53, P 665, 12/30/99** | **fee simple** | **Unknown** | | **Unknown** |
| 55.106. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Richard; LB 53, P 676, 1/1/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.107. | **Oil and Gas Lease for 40 acres in Knott County; Johnson, Vicki; LB 53, P 615, 1/28/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.108. | **Oil and Gas Lease for 40 acres in Knott County; Kelly, Elmer; LB 53, P 602, 3/5/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.109. | **Oil and Gas Lease for 13 acres in Knott County; Slone, Kennth & Mary D.; 8/11/00** | **fee simple** | **Unknown** | | **Unknown** |
| 55.110. | **Oil and Gas Lease for 40 acres in Knott County; Sterling, Eva; LB 53, P 579, 12/20/99** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.111. | **Assignment of Tract 1 on the Left Fork of Nealy Fork of Watts Fork of Troublesome Creek for 48 acres in Knott County; Clean Gas, Inc.; LB 56, P 542, 2/1/02** | **fee simple** | **Unknown** | | **Unknown** |
| 55.112. | **Oil and Gas Lease for 20 acres in Knott County; Bottimore, Robert; LB 58, P 20, 1/24/03** | **fee simple** | **Unknown** | | **Unknown** |
| 55.113. | **acreage in Knott County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.114. | **acreage in Knott County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.115. | **acreage in Knott County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.116. | **acreage in Knott County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.117. | **73 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.118. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.119. | **5 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.120. | **24 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.121. | **130 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.122. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.123. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.124. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.125. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.126. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.127. | **114.42 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.128. | **108 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.129. | **84 acres in Lawrence County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.130. | **acreage in Leslie County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.131. | **Oil and Gas Lease for 90 acres in Leslie County; Hensley, Tim & Judy, LB 107, P 101, 12/23/2000.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.132. | **Oil and Gas Lease for 20 acres in Leslie County; Floyd Wells Coal & Land Co. INC, LB 62, P 341, 8/15/02.** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.133. | **Oil and Gas Lease for 20 acres in Leslie County; Hacker, Carl and Carolyn, LB 70, P 181, 10/07/04.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.134. | **Oil and Gas Lease for 20 acres in Leslie County; Lewis, Phillip, and Robyn/W.P. & Mary Baker, bounded as follows: on the North by lands of C.B. Causay, on the East by lands of Sam Branch, and on the West by lands of KY River Coal.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.135. | **Oil and Gas Lease for 30 acres in Leslie County; Kilburn, Caroline. located on the right fork of Little Cane Branch; LB 163, P 113.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.136. | **Oil and Gas Lease for 100 acres in Leslie County; Charles & Diana Loveridge, LB 55, P 322, 4/09/12.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.137. | **Oil and Gas Lease for 100 acres in Leslie County; Deborah Loveridge, LB 55, P 322, 5/3/12** | **fee simple** | **Unknown** | | **Unknown** |
| 55.138. | **Oil and Gas Lease for 100 acres in Leslie County; John B. & Sheyene, LB 55, P 322, 4/11/12.** | **fee simple** | **Unknown** | | **Unknown** |
| 55.139. | **Oil and Gas Lease for 100 acres in Leslie County; Lonnie Loveridge, LB 55, P 322, 4/9/12.** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.140. | **Oil and gas lease for 65 acres near Irishman Creek in Letcher County; N LB, 2/19/1990** | **fee simple** | **Unknown** | | **Unknown** |
| 55.141. | **Oil and gas lease for 30 acres on Rockhouse Creek in Letcher County; LB 44, P 322, 10/15/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.142. | **Oil and gas lease for acreage in Letcher County; Mulholland, Robert and Helen; 4/29/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.143. | **Oil and gas lease for 120 acres in Letcher County; Ches, Margaret and Leonard; LB 45, P 94, 11/16/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.144. | **Oil and gas lease for 120 acres in Letcher County; Coldiron, Jenny; LB 45, P 87, 11/13/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.145. | **Oil and gas lease for 120 acres in Letcher County; Combs, Shirley; LB 45, P 101, 11/13/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.146. | **Oil and gas lease for 120 acres in Letcher County; Conley, Betty Jo and William F; LB 45, P 80, 11/16/1998** | **fee simple** | **Unknown** | | **Unknown** |
| 55.147. | **Oill and gas lease for acreage on Rockhouse Creek in Letcher County; Adams, Dock; LB 45 P 115, 4/4/1999** | **fee simple** | **Unknown** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.148. | **Oil and gas lease for 250 acres on Daniels Branch of Rockhouse Creek in Letcher County; LB 45, P 490, 4/15/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.149. | **Oil and gas lease for 155 acres on Beaverdam Creek of Rockhouse in Letcher County; LB 44, P 665, 2/15/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.150. | **Oil and gas lease for 55 acres on Talent Branch in Letcher County; LB 46, P 24, 8/27/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.151. | **Oil and gas lease for 50 acres in Letcher County; Dixon, Billy H. and Janet; LB 46, P 60, 12/8/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.152. | **Oil and gas lease for 5 acres on Rockhouse Creek in Letcher County; LB N, 5/18/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.153. | **Oil and gas lease for acreage on Rockhouse Creek in Letcher County; LB 45, P 123, 3/20/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.154. | **Oil and gas lease for 55 acres on Talent Branch in Letcher County; LB 46, P 10, 9/24/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.155. | **Oil and gas lease for 55 acres on Talent Branch in Letcher County; LB 46, P 19, 9/15/1999** | **fee simple** | **Unknown** | | **Unknown** |
| 55.156. | **120 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.157. | **55 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.158. | **4 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.159. | **55 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.160. | **34 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.161. | **40 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.162. | **18 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.163. | **8 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.164. | **4 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.165. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.166. | **10 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.167. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.168. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.169. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.170. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.171. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.172. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.173. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.174. | **5 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.175. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.176. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.177. | **100 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.178. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.179. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.180. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.181. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.182. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.183. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.184. | **80 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.185. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.186. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.187. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.188. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.189. | **100 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.190. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.191. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.192. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.193. | **4 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.194. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.195. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.196. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.197. | **100 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.198. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.199. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.200. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.201. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.202. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.203. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.204. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.205. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.206. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.207. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.208. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.209. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.210. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.211. | **1 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.212. | **80 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.213. | **12 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.214. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.215. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.216. | **60 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.217. | **60 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.218. | **40 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.219. | **208 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.220. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.221. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.222. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.223. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.224. | **135 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.225. | **95 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.226. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.227. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.228. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.229. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.230. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.231. | **300 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.232. | **500 feet in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.233. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.234. | **70 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.235. | **60 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.236. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.237. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.238. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.239. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.240. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.241. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.242. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.243. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.244. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.245. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.246. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.247. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.248. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.249. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.250. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.251. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.252. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.253. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.254. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.255. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.256. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.257. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.258. | **555.35 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.259. | **95.52 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.260. | **46.3 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.261. | **49 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.262. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.263. | **13.35 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.264. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.265. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.266. | **49 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.267. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.268. | **82.28 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.269. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.270. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.271. | **40 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.272. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.273. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.274. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.275. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.276. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.277. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.278. | **100 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.279. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.280. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.281. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.282. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.283. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.284. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.285. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.286. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.287. | **Gas/oil well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.288. | **Gas/oil well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.289. | **90 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.290. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.291. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.292. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.293. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.294. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.295. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.296. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.297. | **90 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.298. | **90 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.299. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.300. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.301. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.302. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.303. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.304. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.305. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.306. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.307. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.308. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.309. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.310. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.311. | **20 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.312. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.313. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.314. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.315. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.316. | **50 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.317. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.318. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.319. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.320. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.321. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.322. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.323. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.324. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.325. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.326. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.327. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.328. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.329. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.330. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.331. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.332. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.333. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.334. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.335. | **25 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.336. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.337. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.338. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.339. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.340. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.341. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.342. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.343. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.344. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |
| 55.345. | **Oil/gas well in Letcher County** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.346. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.347. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.348. | **30 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.349. | **acreage in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.350. | **1.263 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.351. | **0.559 acres in Letcher County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.352. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.353. | **18 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.354. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.355. | **18 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.356. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.357. | **7 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.358. | **50 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.359. | **3 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.360. | **60 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.361. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.362. | **acreage in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.363. | **18 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.364. | **1 acre in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.365. | **1 acre in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.366. | **acreage in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.367. | **30 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.368. | **30 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.369. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.370. | **2 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.371. | **20 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.372. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.373. | **150 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.374. | **30 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.375. | **150 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.376. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.377. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.378. | **20 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.379. | **20 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.380. | **20 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.381. | **20 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.382. | **30 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.383. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.384. | **100 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.385. | **40 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.386. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.387. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.388. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.389. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.390. | **3 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.391. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.392. | **10 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.393. | **acreage in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.394. | **0.83 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.395. | **50 acres in Perry County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.396. | **Oil and Gas Lease for 200 acres in Pike County; LB 665, P 209, 12/01/90** | **fee simple** | **Unknown** | | **Unknown** |
| 55.397. | **acreage in Pike County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.398. | **acreage in Pike County; Oil and gas rights** | **fee simple** | **$0.00** | | **Unknown** |
| 55.399. | **26 acres on Newcomb Creek in Elliott Co., DB 108, P 259, 6/12/09.** | **fee simple** | **$45,000.00** | **Purchase price** | **$45,000.00** |

56. **Total of Part 9.** **$4,237,500.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

**Potential damages claim for breach of general warranty in oil and gas lease from Cook and Campbell Natural Resources** **Unknown**

| | |
|---|---|
| **Nature of claim** | **Unliquidated, contingent claim for improperly paid royalties** |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$90,350.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | **$4,237,500.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$90,350.00** | **+** 91b. | **$4,237,500.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$4,327,850.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 1st Trust Bank of Hazard, Inc. | **$645,220.74** | **Unknown** |

**2.1 1st Trust Bank of Hazard, Inc.**
Creditor's Name

**Attn: Hugh Mitchell**
**P O Box 1059**
**Hazard, KY 41702**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/24/13**

**Last 4 digits of account number**
**2400**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Oil & Gas leases in Floyd Co. (Newman wells) and Leslie Co. Floyd Co. MB 639/93; second mortgage on Brown property on Holbrook Branch of Middle Creek, Floyd Co MB ___.**

**Describe the lien**
**Leasehold Mortgage & Assignment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
|---|---|---|
| 2.2 Bank of Hindman | **$376,785.39** | **Unknown** |

**2.2 Bank of Hindman**
Creditor's Name

**39 West Main St**
**P O Box 788**
**Hindman, KY 41822**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2/12**

**Last 4 digits of account number**
**9856**

**Describe debtor's property that is subject to a lien**
**Oil & Gas wells in Wolfe (3) and Breathitt (77). Wolfe MB 85/10; Breathitt MB _____, plus recorded UCC-1**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Mine Fork Creek, Magoffin County; Deed Book 289, Page 225**

**$808,750.00** **$60,000.00**

**Describe the lien**
**Mortgage, MB 135/675**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**250+ acres Johnson County property; Deed Book 446; Page 299**

**$808,750.00** **$128,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**71 acres Jennie Creek, Johnson County; Deed Book 442, Page 446**

**$808,750.00** **$336,000.00**

**Describe the lien**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**5 acres Blackey, Letcher County; Deed Book 400, Page 345**

**$808,750.00** **$66,000.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May, 2016**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**16 acres Little Leatherwood Creek, Perry County; DB 295, page 797**

**$808,750.00** **$16,000.00**

**Describe the lien**
**Mortgage, MB 405/740**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**45 acres Newcomb Creek, Elliot County; MB 84, P 194**

**$808,750.00** **$45,000.00**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**250 acres Miller's Branch, Breathitt County, Kentucky; DB 237, Page 226**

**$808,750.00** **$175,000.00**

**Describe the lien**
**First Mortgage, MB 153/612**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**500+ acres, Frozen Creek, Breathitt County, Kentucky; DB 238, page 773**

**$808,750.00** **$295,000.00**

**Describe the lien**
**Mortgage, MB 153/610**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Trust Bank**
**2. Charles E. Bradley and Della Bradley**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien** **$808,750.00** **$5,000.00**
**Little Frozen Creek, Breathitt County; Deed Book 239, Page 38**

**Describe the lien**
**Mortgage, MB 153/610**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May, 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Trust Bank**
**2. Charles E. Bradley and Della Bradley**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Charles E. Bradley and Della Bradley**
Creditor's Name

**P.O. Box 221**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien** **$808,750.00** **$0.00**
**400 acres of leases and 21 producing gas wells in Breathitt County; Lease Book 39/154**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Citizens National Bank** — **$124,740.61** — **$130,000.00**

Creditor's Name

**620 Broadway**
**Paintsville, KY 41240**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/30/12**

**Last 4 digits of account number**
**3616**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Walker property - Elm Log Branch, Floyd County, DB 494/400.**

**Describe the lien**
**Mortgage, MB 613/610**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Citizens National Bank** — **Unknown** — **$270,000.00**

Creditor's Name

**620 Broadway**
**Paintsville, KY 41240**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1081 Fitzpatrick Road, Prestonburg, KY 41653; Deed Book 516, Page 160**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.15 **Community Trust Bank** — **$43,870.76** — **$150,000.00**

Creditor's Name

**346 North Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Puncheon Creek Road, Jackson, KY 41339; Breathitt Co MB 132/776 and MB 132/763.**

**Describe the lien**
**Assignment of Rents and Mortgage**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/9/11**
**Last 4 digits of account number**
**9183**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.16 **Community Trust Bank** — $66,941.27 — $295,000.00

Creditor's Name
**346 North Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**500+ acres, Frozen Creek, Breathitt County, Kentucky; DB 238, page 773**

**Describe the lien**
**Mortgage, MB 135/492**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/9/12**
**Last 4 digits of account number**
**9963**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.17 **Community Trust Bank** — $66,941.27 — $5,000.00

Creditor's Name
**346 North Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Little Frozen Creek, Breathitt County; Deed Book 239, Page 38**

**Describe the lien**
**Mortgage MB 135/492**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/9/12**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 **Community Trust Bank** — **$1,037,060.31** — **Unknown**

Creditor's Name
**346 N Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Sept, 2004**

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Breathitt County real property; wells in numerous counties**

**Describe the lien**
**Mortgage, MB 149/239; various UCC-1 filings**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 **First Commonwealth Bank** — **$232,917.59** — **$336,000.00**

Creditor's Name
**311 North Arnold Avenue**
**Prestonsburg, KY 41653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8994**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2802 KY Route 825, Hager Hill, KY 41222; Johnson Co DB 442, Page 446 (71 acres Jenny Creek)**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 **First Commonwealth Bank** — **$138,363.16** — **$189,000.00**

Creditor's Name
**311 North Arnold Avenue**
**Prestonsburg, KY 41653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**503 S. Main Street, Nicholasville, Kentucky 40356; Jessamine Co DB 702, page 9**

**Describe the lien**
**First Mortgage**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November, 2013**

**Last 4 digits of account number**
**5405**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.21 **First Commonwealth Bank**
Creditor's Name

**311 N Arnold Ave**
**Prestonsburg, KY 41653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leases and production from wells owned by partnerships, debtor and Mr. Bradley in Perry, Knott, Leslie, Letcher, Pike, Lee, Magoffin and Floyd Counties. Floyd Co MB 662/642**

**$1,202,480.55** **Unknown**

**Describe the lien**
**Assignment of Production and Proceeds**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/13/15**

**Last 4 digits of account number**
**3653**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.22 **First Commonwealth Bank**
Creditor's Name

**311 North Arnold Avenue**
**Prestonsburg, KY 41653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**200 acres on Cedar Creek, Wolfe Co, KY 41301; Wolfe DB 234, Page 515**

**$230,013.10** **$65,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2970**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Commonwealth Bank**
**2. First Commonwealth Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.23 **First Commonwealth Bank** — **$238,330.60** — **$250,000.00**

Creditor's Name

**311 North Arnold Avenue**
**Prestonsburg, KY 41653**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3645**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**acreage Abbott Creek, Floyd County; DB 611/665**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.24 **First Commonwealth Bank** — **$181,855.69** — **$65,000.00**

Creditor's Name

**311 N Arnold Ave**
**Prestonsburg, KY 41653**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/17/14**

**Last 4 digits of account number**
**8722**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.22**

**Describe debtor's property that is subject to a lien**
**200 acres on Cedar Creek, Wolfe Co, KY 41301; Wolfe DB 234, Page 515**

**Describe the lien**
**Mortgage, MB 138/718 and 141/78**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.25 **First Trust Bank of Hazard, Inc.** — **Describe debtor's property that is subject to a lien** — **Unknown** — **$0.00**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

Creditor's Name

**24 Commerce Drive**
**Hazard, KY 41701**
Creditor's mailing address

**Oil and gas leases in Floyd County, KY; Floyd County MB 639/93**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **Louisa Community Bank**
Creditor's Name

**4393 Highway 2565**
**Louisa, KY 41230**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**300 acres - Vinson Branch of Tug Fork River, Louisa, KY 41230. Lawrence Co. DB 294/215; DB 294/553.**

**$89,486.09** **$150,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/6/10**

**Last 4 digits of account number**
**3100**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 **Louisa Community Bank**
Creditor's Name

**4393 Highway 2565**
**Louisa, KY 41230**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**196.75 acres Bull Creek, Floyd County; Deed 558, Page 29**

**Unknown** **$175,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if know)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.28 **United Bank**
Creditor's Name

**500 Virginia Street East**
**Charleston, WV 25392**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2012 Land Cruiser, VIN ALSK2D48CA721461 body damage**

**Unknown** **$25,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$12,762,507.13**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) ____

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

**Big Sandy Pipeline, LLC**
**5400 Westheimer Ct**
**Houston, TX 77056-5310**

**Date(s) debt was incurred** 4/18/11

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$319,474.71**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Gas Transportation Service Agreement

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

**Blou Company LLC**
**PO Box 8**
**Annville, KY 40402**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease arrangement services provided by Creditor

Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**

**Holly Creek Production Corporation**
**c/o James C. Beh**
**51 Louisiana Ave NW**
**Washington, DC 20001-2113**

**Date(s) debt was incurred** 3/1/14

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Promissory Note related to Operation and Assignment Agreement for Wolfe and Breathitt Co. Wells

Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**

**Richard Parks**
**Double D. Drilling, Inc.**
**P O Box 122**
**Silver Springs, FL 34489-0122**

**Date(s) debt was incurred** October, 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$386,262.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Promissory Note for purchase of land in Wolfe Co.

Is the claim subject to offset? ■ No ☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 35963 Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number (if known)
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,002.96 |
|---|---|---|---|
| | **U.S. Bank, N.A.**<br>**400**<br>**City Center**<br>**Oshkosh, WI 54901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2013** | Basis for the claim: **Line of credit secured by real property owned by Big Branch, LLC** | |
| | Last 4 digits of account number **7591** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 954,739.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 954,739.67 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Transportation service agreements ***1011-R1; ***1012-R1** | **Big Sandy Pipeline, LLC<br>5400 Westheimer Ct<br>Houston, TX 77056-5310** |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Gas gathering agreement, as amended 9/1/2016.** | **EQT Gathering, LLC<br>625 Liberty Ave, Ste. 1700<br>Pittsburgh, PA 15222** |
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **3/1/14 Operation and Assignment agreement regarding wells in Wolfe and Breathitt counties** | **Holly Creek Production Corporation<br>c/o James C. Beh<br>51 Louisiana Ave NW<br>Washington, DC 20001-2113** |
| | State the term remaining | **ends February 2024** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Natural gas purchase agreement** | **Interstate Gas Supply, Inc.<br>6100 Emerald Parkway<br>Dublin, OH 43016** |
| | State the term remaining | **Auto-renewing** | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Troublesome Creek Gas Corporation** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Gas purchase agreement dated 8/31/07, amended 10/1/11** | **Jefferson Gas, LLC**<br>**220 Lexington Green Cir., Ste. 130**<br>**P O Box 24032**<br>**Lexington, KY 40523-4032** |
| State the term remaining | **unknown** | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas sale agreement** | **Southern Energy, LLC**<br>**Attn: Jed Weinberg**<br>**35 Kentucky River Road**<br>**Emmalena, KY 41740** |
| State the term remaining | **10/31/16** | |
| List the contract number of any government contract | **US Federal 47-4489166** | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Agency agreement for nominations, confirmations, review of invoices associated with gas sales** | **Southern Energy, LLC**<br>**Attn: Jed Weinberg**<br>**35 Kentucky River Road**<br>**Emmalena, KY 41740** |
| State the term remaining | **Evergreen** | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Troublesome Creek Gas Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cane Partners** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.2 | **Charles R. Bradley** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **Richard Parks** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.3 | **Charles R. Bradley** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **Big Sandy Pipeline, LLC** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.4 | **Charles R. Bradley** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **Citizens National Bank** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.5 | **Charles R. Bradley** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **Community Trust Bank** | ■ D **2.15**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Charles R. Bradley** | **P O Box 934<br>Prestonsburg, KY 41653** | **U.S. Bank, N.A.** | ☐ D<br>■ E/F **3.5**<br>☐ G |
| 2.7 | **Charles R. Bradley** | **P O Box 934<br>Prestonsburg, KY 41653** | **First Commonwealth Bank** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.8 | **Charles R. Bradley** | **P O Box 934<br>Prestonsburg, KY 41653** | **United Bank** | ■ D **2.28**<br>☐ E/F<br>☐ G |
| 2.9 | **Charles R. Bradley** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.10 | **Dewey Partners** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.11 | **Hamp Smith Partners** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.12 | **John Gray** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.13 | **Little Deer Lick Partners** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Troublesome Creek Gas Corporation** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Little Leatherwood Partnership** | | **Community Trust Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.15 | **T.C.G. Corporation** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **First Commonwealth Bank** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.16 | **Charles R. Bradley** | **P O Box 934**<br>**Prestonsburg, KY 41653** | **Big Sandy Pipeline, LLC** | ☐ D<br>☐ E/F<br>■ G **2.4** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Troublesome Creek Gas Corporation** Case No. ______
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly rates** |
| Prior to the filing of this statement I have received | $ | **10,000 (including filing fee)** |
| Balance Due | $ | **TBD** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All Chapter 11 general counsel services.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 21, 2016**
*Date*

**/s/ Dean A. Langdon**
**Dean A. Langdon**
*Signature of Attorney*
**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax: (859) 281-1179**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Kentucky

| | | | |
|---|---|---|---|
| In re | **Troublesome Creek Gas Corporation** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 21, 2016**

Signature **/s/ Charles R. Bradley**
**Charles R. Bradley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Troublesome Creek Gas Corporation** Case No. ______
Debtor(s) Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **2** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **October 21, 2016**

**/s/ Charles R. Bradley**
**Charles R. Bradley**/**President**
Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **2** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **October 21, 2016**

**/s/ Dean A. Langdon**
Signature of Attorney
**Dean A. Langdon**
**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax: (859) 281-1179**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1st Trust Bank of Hazard, Inc.
Attn: Hugh Mitchell
P O Box 1059
Hazard KY 41702

Bank of Hindman
39 West Main St
P O Box 788
Hindman KY 41822

Big Sandy Pipeline, LLC
5400 Westheimer Ct
Houston TX 77056-5310

Blou Company LLC
PO Box 8
Annville KY 40402

Charles E. Bradley and Della Bradley
P.O. Box 221
Prestonsburg KY 41653

Charles R. Bradley
P O Box 934
Prestonsburg KY 41653

Citizens National Bank
620 Broadway
Paintsville KY 41240

Community Trust Bank
346 North Mayo Trail
P O Box 2947
Pikeville KY 41502-2947

EQT Gathering, LLC
625 Liberty Ave, Ste. 1700
Pittsburgh PA 15222

First Commonwealth Bank
311 North Arnold Avenue
Prestonsburg KY 41653

First Trust Bank of Hazard, Inc.
24 Commerce Drive
Hazard KY 41701

Holly Creek Production Corporation
c/o James C. Beh
51 Louisiana Ave NW
Washington DC 20001-2113

Interstate Gas Supply, Inc.
6100 Emerald Parkway
Dublin OH 43016

Jefferson Gas, LLC
220 Lexington Green Cir., Ste. 130
P O Box 24032
Lexington KY 40523-4032

Louisa Community Bank
4393 Highway 2565
Louisa KY 41230

Richard Parks
Double D. Drilling, Inc.
P O Box 122
Silver Springs FL 34489-0122

Southern Energy, LLC
Attn: Jed Weinberg
35 Kentucky River Road
Emmalena KY 41740

U.S. Bank, N.A.
400
City Center
Oshkosh WI 54901

United Bank
500 Virginia Street East
Charleston WV 25392

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Troublesome Creek Gas Corporation** Case No.
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Troublesome Creek Gas Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2016**
Date

**/s/ Dean A. Langdon**
**Dean A. Langdon**
Signature of Attorney or Litigant
Counsel for **Troublesome Creek Gas Corporation**

**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax:(859) 281-1179**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy